1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  DAVID A. CARRASCO, State Bar No. 160460
   Supervising Deputy Attorney General
3  CHRISTOPHER J. BECKER, State Bar No. 230529
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: 323-3903
6   Fax: (916) 324-5205
    E-mail: Christopher.Becker@doj.ca.gov
7  *Attorneys for Defendants*
   *M. Do Canto, M. Castro, R. Cortez, G. Hernandez,*
8  *A. Murietta, V. Neri and R. Ortega*

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11                         FRESNO DIVISION

| MICHAEL GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>CORTEZ, et al.,<br><br>Defendant. | CASE NO.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (FEDERAL QUESTION); REQUEST FOR SCREENING PURSUANT TO 28 U.S.C. § 1915A(a) AND REQUEST FOR EXTENSION OF TIME TO RESPOND** |
|---|---|

20      TO: CLERK OF THE ABOVE ENTITLED COURT

21      PLEASE TAKE NOTICE THAT Defendants M. Do Canto, M. Castro, R. Cortez, G.

22  Hernandez, A. Murietta, V. Neri and R. Ortega remove to this Court the state court action

23  described below:

24      1. On December 23, 2009, a complaint was filed in the Superior Court of the State of

25  California, County of Kern, entitled *Gonzales v. Cortez*, et al. Case Number KINGS 09C0398, a

26  copy of which is attached as Exhibit A.

27      2. Defendants were served with a copy of the complaint on February 10, 2010.

28

                                    1
                    Notice of Removal; Request for Screening; Request for Extension of Time

3. Plaintiff claims that Defendants violated his Constitutional rights under the First and Fourteenth Amendments. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under 42 U.S.C. § 1983.

4. Defendants request that, pursuant to 28 U.S.C. § 1915A(a), the Court screen the complaint and dismiss any or all of the claims if it finds that they are legally frivolous or malicious, or fail to state a claim upon which relief can be granted, or that seek monetary relief from a defendant who is immune from such relief. In addition, Defendants request an extension of time of 30 days from the Court's screening order to file a response to the complaint.

Dated: March 5, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
DAVID A. CARRASCO
Supervising Deputy Attorney General

*/s/ Christopher J. Becker*

CHRISTOPHER J. BECKER
Deputy Attorney General
*Attorneys for Defendants*
M. Do Canto, M. Castro, R. Cortez, G. Hernandez, A. Murietta, V. Neri and R. Ortega

SA2010300686
30962125.doc

# Exhibit A

Michael Gonzales. D81011. 4B2L-11.
C.S.P. P.O. box. 3481.
Corcoran. CA. 93212.
<u>In Pro Per</u>

CONFORMED COPY
ORIGINAL FILED ON
DEC 2 8 2009
TODD H. BARTON, COURT EXECUTIVE OFFICER
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF Kings

<u>For the Kings County Superior Court of the State of California</u>

Michael Gonzales.
    Plaintiff

vs.

Cortez, Murrietta. Decanto, 2nd Whatch Staff. Law Librarian V. Neri,
G. Hernandez, R. Ortega. M. Castro.
<u>et al</u>, 3rd Whatch Staff of Corcoran State Prison
Each in their Individual and Official capacities as Employees of Corcoran State Prison

Civil case no# 09 C 0305
California State Tort Claim Action

<u>Introduction</u>

A. The above named Corcoran State Prison Staff are part of a continuing coarse of cruel and unusual conduct and violation of freedom of expression, theft of property, denial of due process, and endangering plaintiffs health and safety, in retaliation for exercising his civil rights. These elegal acts violate plaintiff 1st and 14th Amendment California Constitutional Rights. These actions have been ongoing since late 2005, and continue to this day.

## STATEMENT OF FACTS.

1. THE 2ND WATCH STAFF HAS BEEN MEDICATING MY MEALS AND VERBLEY HARRASSING ME ABOUT IT WITH SOUTHERN AFFILIATES IN VIOLATION OF PENAL CODE KANGAROO COURT STATUTE BY TRYING TO TAKE CONTROL OVER ME AND FORCE ME TO STOP EXERCISING MY CIVIL RIGHTS AGAINST STAFF. AN ACTION THE LAW AND CIVIL RIGHT STATUTES ALLOW ME TO DO. UNDER THE CALIFORNIA CONSTITUTIONS 17TH AMENDMENT. THE 8TH AMENDMENT PROHIBITS THE USE OF UNAUTHORIZED DRUGS FOR THE ABOVE SAID PURPOSES. IT IS IN MY CENTRAL FILE THAT IVE HAD NUMEROUS PHYSICAL ALTERCATIONS WITH SOUTHERN AFFILIATES AND THAT IVE HAD PROBLEMS WITH THE MEXICAN MAFIA. THE 4B2L OFFICERS INVOLVED ARE RASISTS AND AT ONE TIME OR ANOTHER EXPLAINED TO ME THAT IM NOT MEXICAN AND THOSE INMATES ARE NOT FOR ME TO DO. A RACIAL COMMENT AS I AM NOT MEXICAN IM PUERTO RICAN SPANISH AND DO MY OWN THING I DO NOT ASSOCIATE MYSELF WITH PRISON GANGS. I HAVE AN AFFIDAVIT OF ANOTHER PUERTORICAN INMATE OF WHOM THE 4B2L STAFF WERE RACIALLY DISCRIMINATING AGAINST US. THEY USE TO DISCRIMINATE AGAINST BOTH OF US WITH THE SOUTHERN INMATES... (SURENOS) KNOW ABOUT MY CENTRAL FILE HISTORY AND THEY CONSTANTLY USE THEIR PRACTICED TACTICS TO MANIPULATE THE ABOVE NAMED OFFICERS BY WORKING ON THEIR EGOS TO USE THEM AGAINST ME. THE STAFF GET MEDICATION FROM THEM AND VOCATIONAL NURSES WHO WORK IN 4B2L ON ROUNDS 3 TIMES A DAY. THE STAFF DOESN'T CARE THAT I KNOW. THEY USE IT AS MENTAL TORMENT SO THEY INSIST ON REPEATEDLY TELLING ME WHEN THEY DO THIS FOOD MEDICATING. THE DRUGS ARE ANTISYCHOTIC AND THE EFFECTS ARE IMMEDIATE. I HAVE SOME TRIAL TRANSCRIPT OF KINGS COUNTY SUPERIOR COURT STATING THAT IT IS POSSIBLE TO MEDICATE MY MEALS.

THE OFFICERS STATING SO IS LIEUTENANT H.Q. GADSDEN AND SARGENT D.K. BEEBE. I ALSO HAVE OFFICER R. HENSLEY STATING THE SAME. THERE IS ALSO COMPLAINTS ABOUT THIS FOOD PROBLEM IN MY C-FILE, AND MEDICAL RECORDS. MEDICAL RECORDS ALSO SHOW EVIDENCE OF A COVER UP WHICH IS CIRCUMSTANCIAL TO THE FACTS. IM RECIEVING MEDICATIONS FOR THE BURNING ACID PROBLEMS DOCTORS DESCRIBE AS ACID REFLEX BUT ACID REFLEX DOES NOT ONLY HAPPEN FOR TWO HOURS AFTER IVE EATEN, AND ACID REFLEX DOES NOT NUMB YOUR TONGUE, DROP YOUR BLOOD PRESSURE, BLUR YOUR VISION, CAUSE LOWER BOWEL PAIN, CONSTANT URINATING, EXCESSIVE SLEEP, HEAD ACHE, LOSS OF MEMORY ETC. THESE SYMTOMS ARE CONSTANT AFTER MEALS. FURTHER DANGERS ARE THAT I HAVE HEPATITUS C THAT DAMAGES THE LIVER CRONICALLY. ANY DRUGS ESPECIALLY STRONGE ANTIPSYCHOTIC DRUGS ARE DANGEROUS FOR ME AND THE STAFF KNOWS THIS. WE HAVE ARGUED ABOUT IT AND IVE 602 INMATE APPEALED THESE ACTS OVER AND OVER SINCE 1998 TO THE PRESENT. THE 2ND WHATCH STAFF MEDICATING MY FOOD AND CAUSING SERIOUS BODILY INJURY ARE DECANTO, CORTEZ, MURRIETTA. THE 3RD WHATCH STAFF DOING THIS ARE J. FERNANDEZ, R. ORTEGA AND M. CASTRO. IT IS ONLY FOR EXERCISING MY CIVIL RIGHTS. I DON'T CAUSE NO PROBLEMS AND IVE ONLY RECIEVED ONE 115 RULE VIOLATION REPORT ON M. CASTRO WITH REASON FOR HIS RETALIATIONS. THAT 115 R.V.R. WAS JAN 2007. I HAVEN'T GOTTEN ANOTHER ONE SINCE 2003. I HAVE A INVESTIGATION REPORT BY INVESTIGATOR BEN VELO STATING SO. THE OFFICERS HAVE NO REASON TO RETALIATE LIKE THIS. IM DOING 25 TO LIFE FOR A SPITTLE ASSAULT. I WAS SUPPOSE TO BE OUT ON ORIGINAL CHARGES IN 1997. ITS BECAUSE I DEFEND MYSELF WITH LAW AND THE SUR AFFILIATES MANIPULATE THE STAFF.

2. I SEND IN LAW LIBRARY ACCESS REQUESTS. REQUESTS FOR LEGAL MATERIALS AND PHOTO COPIES EVERY WEEK. TWICE THE LAW LIBRARIAN V. NERI, HAS STOLEN MY PHOTO COPIES. ONE TIME I GOT LAW LIBRARY AND SEEN MY REQUESTS AND DOCUMENTS ON THE DESK AND SHE MOVED THEM AND WOULD NOT ANSWER MY COMPLAINT AND /OR PROTEST. LATER V. NERI DENIES IT. V. NERI STOLE 4 DRAWINGS OUT OF MY LEGAL MAIL AND GAVE AN IRRELEVANT EXCUSE FOR DOING IT. ALSO V. NERI ONLY GIVES ME LAW LIBRARY ONCE EVERY FEW MONTHS. I WAS CALLED A COUPLE OF TIMES AND NEVER TAKEN TO THE LAW LIBRARY. ELEGAL TACTICS TO DENY LAW LIBRARY. THE 602 APPEALS I'VE EXAUSTED FOR THE NEVER ENDING ACTIONS ARE NO USE. THE ACTIONS CONTINUE. I HAVE A TRIAL COMMING UP ON CASE GONZALES V.S. RODRIGUEZ 07CV0 439 AND PEOPLE V.S. GONZALES. 07 CM 7312. I KEEP SENDING IN MOTIONS AND EXHIBITS PROPERLY LISTED. V. NERI RETURNS THEM SAYING THEY ARE NOT LISTED PROPERLY. BUT THIS IS NEVER ENDING OVER AND OVER AGAIN. WHY WOULD I MAKE THE SAME EXCUSE OVER AND OVER AGAIN WHY WOULD I MAKE THE SAME EXCUSE OVER AND OVER AND NOT ARRANGE MY MOTIONS AND EXHIBITS. THESE ACTIONS ARE DOCUMENTED AND I SEE THE SAME INMATES GOING TO LAW LIBRARY OVER AND OVER AND I'M NEVER CALLED. THIS IS A CONTINUING COURSE OF CONDUCT. IT IS DOCUMENTED THAT ANYTIME I HAVE A CIVIL OR CRIMINAL CASE TRIAL THE LAW LIBRARY STOPS. ITS TACTIC. I CAN'T EVEN RESEARCH CASES OR SHEPARDIZE BECAUSE I CAN NOT READ ANY LEGAL BOOKS AND THEY DON'T DO PAGING SHEPARDIZING. I CAN'T EVEN GET COPIES OF MY EXHIBITS FOR THIS CASE. BECAUSE OF THAT. I HAD THEM STOLEN. I NEED DISCOVERY TO GET THEM NOW. V. NERI, RETALIATES FOR THE EXERCISE OF CIVIL RIGHTS. THEN THE 4B2L UNIT STAFF HAVE LEGAL MAIL CENSORED TO COVER IT UP BECAUSE OF V. NERI LAW LIBRARIAN DENYING COPIES I WASN'T ABLE TO VERIFY AND PRESENT COPIES AT THE TRIALS OF GONZALES V.S. PEREZ. CASE 03 CV 5363 IN THE U.S. DISTRICT COURT AND PEOPLE V.S. GONZALES 07 CM 7312 OF KINGS COUNTY SUPERIOR COURT AND IT COST ME THE CASE ISSUES ON APPEAL AND STRONG EVIDENCE TO THE JURY'S.

3. OTHER RETALIATION FOR THE EXERCISE OF CIVIL RIGHTS IS A ILLEGAL ATTACK ON MY ART. IVE TOLD YOU HOW V. AERI STOLE MY ART FROM MY MAIL BUT THE 4B2L STAFF ALSO HAVE STOLEN 23 INK PEN DRAWINGS AND NUMEROUS HAND MADE CARDS, POETRY AND 3 NOVELS. MY ART IS VERY PROFESSIONAL AND EXPENSIVE THE NOVELS TOOK ABOUT A YEAR EACH. JUST RECENTLY (4c) CORTEZ THREATENED TO STEAL MY ART AND GIVE IT TO THE INMATES IN CELL 13. (SURENO AFFILIATES) HE HELD KANGAROO COURT WITH THEM ON THE TIER HE IS A SYMPATHIZER. OFFICERS J. FERNANDEZ, R. ORTEGA, AND M. CASTRO ALSO HAVE REPEATEDLY STOLEN MY ART TO WHENEVER I SEND IT THROUGH INSTITUTIONAL MAIL. INVESTI-GATOR BEN VELO OF BROOKSTONE INVESTIGATIONS 8515 ELACY BLVD HANFORD CA. 93230 VERIFIED THE PLACES THAT SELL ART FOR PRISONERS. THEY ARE SECURE ACC 10880 LINPAGE PLACE ST LOUIS MISSOURI. 63132 // PRISON ART GALLERY 1600 K ST WASHINGTON. D.C. 20036 // PRISON ART PO BOX 69586 SEATTLE WASHINGTON. BUT MY TRUST ACCOUNT STATEMENT HAS NEVER CHANGED BECAUSE OF THE ART BEING STOLEN FROM THE MAIL. EACH DRAWING TAKES APPROXIMA-TELY 2 WEEKS 10 HOURS A DAY AND LOOKS AIR BRUSHED. THEY ARE OF VALUABLE QUALITY AND THE FACT THAT I AM INDIGENT DOES NOT MAKE ANY SCENCE. I HAVE ALL MY TRUST ACCO-UNT STATEMENTS WHILE IVE BEEN IN TWO BLOCK. AND EVEN AFFIDA-VITS FROM MY DAUGHTERS AND LETTERS OF THEM COMPLAINING OF WHY I HAVENT WRITTEN. THE 4B2L STAFF M. CASTRO, R. ORTEGA. AND J. FERNANDEZ DENY ME ANY COMMUNICATION WITH FAMILY AND FRIENDS. THE SURENO AFFILIATES KNOW THAT THEY VERBLEY HARRASS ME ABOUT IT. DENIAL OF MAIL IS HOW THEY USE THE STAFF TO RETALIATE AND TORMENT THEIR ENEMIES.

6

1. I ALSO HAVE TRANSCRIPT OF MY DAUGHTER AND HER MOTHER TESTIFYING AT THE KINGS COUNTY SUPERIOR COURT ABOUT HOW THEY DO NOT GET MY ART OR LETTERS AND THAT THE INMATES OF 4B2L WRITE THEM DEROGATORY LETTERS. THE ONLY WAY THEY COULD DO THAT IS IF 4B2L STAFF GAVE THEM MY MAIL SO THEY COULD GET THE ADDRESS OFF OF IT. THEY ENDANGER MY FAMILY BY DOING THAT JUST TO RETALIATE. I HAVE EXAUSTED ADMINISTRATIVE REMEDIES on ALL THESE ISSUES AND FURTHER complaint would JUST BE Futile. I HAVE 602 APPEALS THAT Go on FOR YEARS on All THESE ISSUES All ARE JUST DENIED I Also still HAVE new 602's PENDING FOR All THESE ISSUES AND THEY will BE DENIED THER Futile. I HAVE Also BEEN TO THE STATE BOARD on All THESE ISSUES AND CLAIMS WERE RECENTly DENIED SAYING I HAVE 6 MOUNTHS TO FILE A LAWSUIT. I will Enclose THEM Soon As I CAN GET COPIES I DO HAVE COPIES OF 602 3RD LEVEL DENIALS TO All THESE ISSUES Im enclos- ing. I 602ED THE ACTIONS Soon AS I Got TO 4B2L AND THE ELEGAL ACTIONS STARTED. THE RESPONSES ARRIVED WHILE I WAS still in 4B2L WAIT.

4. On 7-10-09 C/O CORTEZ Highly MEDICATED MY DMNGER AND Told ME it was FOR Filing THIS CLAIM THEN HE GAVE ME THE RETURNED DOCUMENTS WITH THE FORMS THAT THIS COURT RETURN- ED FOR ME TO Fill out. HE MADE ME SIGN FOR THE LEGAL MAIL AND GAVE IT TO ME ALREADY OPENED out OF MY PRESENCE. HE Also SAID THAT HE would STEAL MY ART AND SAY I HAD IT UP on THE WALL WHEN I KNOW WE CANT PUT IT UP OR IT will be CONFISCATED HE IS USING A CRONO ISSUED July 25-08 WHICH PROHIBITS PICTURES on SIDE OF Cell. MY ART IS EXPENSIVE. I KNOW not to DO THAT. HE GAVE ME A COPY OF CRONO TO

1. E. On 1-23-09 c/o M. Castro was passing out trays when I went to bend low to the tray port to talk to him about why he wouldn't plug in my TV antenna when suddenly he slammed the tray on to my mouth intentionally breaking my tooth and busting my lip. Food flew all over. He then pulled the tray out and slammed the tray port shut locking it. Blood poured from my mouth and I spit out the broken tooth. Then he threatened to hit me with a flashlight and cut my eye like they did on 2-2007. I asked to see a nurse and to file a excessive force claim. He ignored me later I asked him to put my 602 in the 602 box since he would not let me out and to call a sargent or lewtenant so I could request a excessive force claim. He told me I wasn't filing anything. He hit me with such force that even my partial broke. I was given a excessive force claim later when I held my food port open the following day. It was video taped by sargent S. Marsh. I have 602 inmate appealed this issue by 602 number 09-437. 3rd level response June 24-09. The Director of Corrections denied appeal stating a investigation will be issued and it is confidential. I am having problems getting copies of this 602 and the Board of Control Government claim. I will provide copies soon as I can get them.

6. c/o Cortez who at times works 3rd whatch once a day out of the week has threatened that my law suits would be censored and in front of my cell told c/o Razo and c/o J. Fernandez "the hell with him don't mail none of his lawsuits." Sargent Martinez also ordered c/o Razo and J. Fernandez not to mail my lawsuits on Aug 30-09 when I held my food port door open to protest about them not wanting to pick up my legal mail and copies. And Razo with J. Fernandez have been denying me access to the courts by not delivering my legal mail to this court. That included this tort claim, a writ of mandate, a petition under CCP 527.6 harrassment etc. Once my claims were returned by the clerk after sent 6-28-09. It was sent again 9-17-09, 10-1-09, and 10-21-09. These claims were never filed by the court never responded to by filing response. This after J. Fernandez and Razo harrassed me saying they would not send my claims in front of my cell. I'm still trying to file these claims and named officers said that I can't. 11-1-09, 11-3-09, 11-10-09 mailed with them and J. Neri and Munoz

8
## RELIEF REQUESTED

A. AN INJUNCTION PROHIBITING ALL DEFENDANTS THEIR AGENTS AND SUCCESSORS IN OFFICE FROM ALL THE ILLEGAL ACTIONS AGAINST THE PLAINTIFF

B. A 25000 THOUSAND DOLLAR LIMITED CLAIM FOR ALL THE VIOLATED CONSTITUTIONAL RIGHTS. ART THAT WAS STOLEN. AND HUMAN RIGHTS AND MENTAL ANGUISH SUFFERED. ADDING PUNITIVE DAMAGES FOR THE CRUEL AND UNUSUAL PUNISHMENT AND GREAT BODILY INJURY.

C. ANY OTHER RELIEF THE COURT DEEMS PROPER.

MICHAEL GONZALES PLAINTIFF SWEARS UNDER PENALTY OF PURGURY THAT ALL OF THE ABOVE IS TRUE AND CORRECT AND EXECUTED AT CORCORAN CA.

DATED ON 6-28-09        Michael Gonzales

SENT AGAIN   7-17-09   WITH FORMS
SENT AGAIN   10-1-09
SENT AGAIN   10-27-09.
SENT AGAIN   11-1-09
SENT AGAIN   11-3-09
SENT AGAIN   11-10-09
NOW SENT AGAIN   11-16-09.   Michael Gonzales
NOW SENT AGAIN   12-7-09    Michael Gonzales

PROOF OF SERVICE

I MICHAEL GONZALES RESIDE AT PO BOX 3481 CORCORAN CA 93212
EXHIBITS 8
ON 12-7-09 I MAILED A TORT CLAIM TO THE KINGS COUNTY
SUPERIOR COURT AT 1426 SOUTH DR HANFORD CA 93230
I SWEAR UNDER PENALTY OF PURGURY ALL THE ABOVE IS TRUE
EXECUTED AT CORCORAN CA 93212

FIRST DATED ON 6-22-09              Michael Gonzales

FILED AGAIN 7-17-09.

FILED AGAIN 8-16-09

SENT AGAIN 10-21-09, 11-3-09, 11-10-09

NOW 11-16-09.              Michael Gonzales

HAVE RECIEVED no FILING RESPONSE.   Michael Gonzales
12-7-09              Michael Gonzales

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Michael Gonzales

## DEFENDANTS
R. Cortez, G. Hernandez, M. Castro, A. Murietta, M. Do Canto, R. Ortega, V. Neri

**(b)** County of Residence of First Listed Plaintiff **Kings**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Inmate in Pro Per
California State Prison, Corcoran, P.O. Box 8800, Corcoran, CA 93212-8309

Attorneys (If Known)
Christopher J. Becker
Office of the Attorney General, 1300 I Street, Suite 1101, Sacramento, CA 95814

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud |  |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  |  |
|  | / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☒ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
U.S.C Section 1983.
Brief description of cause:
Plaintiff, an inmate, has sued correctional staff for violations of his 1st and 14th Amendment rights.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 3/5/10

SIGNATURE OF ATTORNEY OF RECORD *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Gonzales (D-81011) v. Cortez, et al.**
No.:

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>March 5, 2010</u>, I served the attached **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (FEDERAL QUESTION); REQUEST FOR SCREENING PURSUANT TO 28 U.S.C. § 1915A(a) AND REQUEST FOR EXTENSION OF TIME TO RESPOND, and CIVIL CASE COVER SHEET,** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Michael Gonzales
D-81011
California State Prison, Corcoran
P.O. Box 2481
Corcoran, CA 93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 5, 2010, at Sacramento, California.

|  M. Martino  |  /s/ M. Maritno  |
| :---: | :---: |
| Declarant | Signature |

SA2010300686
30963531.doc