# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>R. CORTEZ, et. al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO.   1:10-cv-0393-LJO-MJS (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR SCREENING ORDER AND FOR EXTENSION OF TIME TO FILE ANSWER<br><br>(ECF No. 1) |

　　　　Plaintiff Michael Gonzales ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Defendants removed this action from state court and now request that the Court screen Plaintiff's Complaint in accordance with 28 U.S.C. § 1915A.  That request is GRANTED.  The Court will screen Plaintiff's Complaint in due course.

　　　　Defendants also ask that they not be required to answer or otherwise defend against this action until thirty days after the screening order is entered.  Defendants' Request is GRANTED.  Defendants shall answer or otherwise respond to Plaintiff's claims within thirty days of the Court's screening order if any claims are found cognizable.

IT IS SO ORDERED.

Dated:　　January 16, 2012　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE