UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | 1:10-cv-0393-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION DENYING PLAINTIFF'S MOTION TO REMAND |
| v. | |
| R. CORTEZ, et al., | (ECF No. 11) |
| Defendants. | |

_____/

Plaintiff Michael Gonzales ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 25, 2012, the Magistrate Judge filed a Findings and Recommendation, recommending that Plaintiff's motion to remand be denied. (ECF No. 11.) Plaintiff has filed objections to the Findings and Recommendation. (ECF No. 12.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed January 25, 2012, are adopted in full; and
2. Plaintiff's Motion to Remand is DENIED.

IT IS SO ORDERED.

**Dated:    March 20, 2012**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE