UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | 1:10-cv-00393-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| R. CORTEZ, et al., | (ECF No. 18) |
| Defendants. | |
| _____ / | |

Plaintiff Michael Gonzales is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 1, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending dismissal of certain of Plaintiff's claims and Defendants. (ECF No. 18.) Plaintiff has failed to file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

-1-

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 1, 2013, are adopted in full;
2. Plaintiff be allowed to proceed on his Eighth Amendment excessive force claim against Defendant Castro; and
3. All of Plaintiff's remaining claims and the remaining Defendants be DISMISSED from this action.

IT IS SO ORDERED.

**Dated:   March 1, 2013**             /s/  **Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE