# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>         Plaintiff,<br><br>     v.<br><br>R. CORTEZ, et al.<br><br>         Defendants. | Case No.  1:10 -cv-0393-LJO-MJS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE<br><br>(ECF No. 25) |

   Plaintiff Michael Gonzalez ("Plaintiff") is a state prisoner proceeding pro se in this civil rights actions pursuant to 42 U.S.C. § 1983.

   On May 21, 2013, Plaintiff filed a motion asking the Court to exclude evidence that he believes to be prejudicial to his case.  (ECF No. 25.)

   No trial date has yet been set in this case.  Plaintiff's motion appears to constitute a motion in limine.  The Court will consider and address motions in limine as provided in the Court's Pretrial Order if and after the case is set for trial.

   /////

1

Plaintiff's motion to exclude evidence (ECF No. 25) is DENIED as premature.

IT IS SO ORDERED.

Dated: July 18, 2013        /s/ *Michael J. Seng*
                            UNITED STATES MAGISTRATE JUDGE

2