UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. CORTEZ, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.   1:10-cv-00393-LJO-MJS (PC)<br><br>ORDER DENYING DEFENDANT CASTRO'S REQUEST TO VACATE SETTLEMENT CONFERENCE<br><br>(ECF No. 33) |

Plaintiff Michael Gonzales is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 2, 2013, the Court determined that this case would benefit from a settlement conference and so referred it to Magistrate Judge Jennifer L. Thurston to conduct a settlement conference at California State Prison, Corcoran, 4001 King Avenue, Corcoran, California 93212 on September 12, 2013 at 1:30 p.m.  (ECF Nos. 30, 31.)

On September 5, 2013, Defendant Castro notified the Court that he was no longer amenable to settlement discussions and requested that the scheduled conference be

1

vacated.  (ECF No. 33.)

Defendant Castro's request is DENIED.  All parties shall attend as originally ordered.

IT IS SO ORDERED.

Dated:   September 10, 2013           /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE