1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. CORTEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-00393 LJO MJS<br><br>ORDER AFTER SETTLEMENT CONFERENCE;<br>PLAINTIFF'S SETTLEMENT OFFER |

On October 18, 2013, the Court conducted a settlement conference in this matter. Though the matter did not settle, Plaintiff has requested the Court issue his settlement demand. The settlement offer will remain open for 90 days. In the event Defendant wishes to accept the offer, within 90 days he SHALL:

　　1.　　Provide Plaintiff a fully-operational FM-tuner TV with speaker (Item # 4044912 in the vendor's catalog) from donated or confiscated stock;

　　2.　　Provide Plaintiff a set of Morex headphones (Item # 4041009 in the vendor's catalog) from donated or confiscated stock;

　　3.　　Ship Plaintiff's current TV to family members at a cost not to exceed $25. In the event shipping costs exceed $25, Plaintiff agrees that his current TV will be donated to the CDCR;

///

///

1

4. The Clerk of the Court SHALL provide Plaintiff two copies of this order.

IT IS SO ORDERED.

Dated: **October 15, 2013**               **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE

2