UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL GONZALES, | CASE No. 1:10-cv-00393-LJO-MJS |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS |
| v. | (ECF No. 38) |
| R. CORTEZ, et al., | |
| Defendants. | |

Plaintiff Michael Gonzales is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 2, 2013, Plaintiff moved for sanctions alleging that correctional officers harassed him on August 28, 2013.  (ECF No. 38.)

This action is proceeding on Plaintiff's Eighth Amendment excessive force claim against Defendant Castro.  The events underlying Plaintiff's claim occurred at Corcoran State Prison on January 23, 2009.  (ECF No. 19.)

Plaintiff's motion is based on allegations that have no discernable connection to this action.  The Court's jurisdiction in this action is limited to those legal claims and to the current parties to this action. Summers v. Earth Island Institute, 555 U.S. 488, 493 (2009); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010).  Plaintiff may not, via this action, seek orders directed at remedying his current, unrelated conditions of confinement. Summers, 555 U.S. at 493; Mayfield, 599 F.3d at 969.

1 | Plaintiff's motion for sanctions is without merit and therefore DENIED.

IT IS SO ORDERED.

Dated:   August 7, 2014                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE