1. Michael Gonzales
2. C.S.P. P.o box. 3476
3. COR. CA. 93212
4. C.D.C.# D81011.
5. In Proper

For the United States District Court Eastern District of California
Michael Gonzales vs. M. Castro    Case #1:10-CV-00393.
Notice of motion to reopen case after settlement.
For the Judge Michael J. Seng.

1. Please take notice that the radio that was settled for was not working once I got to my cell. The agreement I signed for was for a working radio not a broken one. I request that you call the prison property room officer Maciel or Mascadenas and ask them to replace the broken radio with a new one that is opperational.

2. If they will not replace it I request that you reopen the case as a breach of contract. The radio that was in my cell when I got back was not even the one I asked for that played one station I heard it was the first one that did not work like Amp'd not the clear tunes. I just want a radio that works please ask them to fix that please.

Thank you

Dated on 8-25-14      Michael Seyer

# PROOF OF SERVICE BY MAIL
# BY PERSON IN STATE CUSTODY
(Fed. R. Civ. P.5; 28 U.S.C. § 1746)

I, MICHAEL GONZALES, declare:

I am over 18 years of age and a party to this action. I am a resident of:

CORCORAN Prison, in the County of KINGS, State of California.

My prison address is:

P o box 3476
COR. CA. 93721

On 25 day of 8, 20 14,

I served the attached document:

notice of motion to reopen case.

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. This envelope was addressed as follows:

US Dist Ct East
2500 tulare st. Fresno CA. 93721

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

EXECUTED ON: 25 day of 8, 20 14

Signature of Declarant