KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
SCOTT W. FOLEY, State Bar No. 278357
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 322-5513
 Facsimile:  (916) 324-5205
 E-mail: Scott.Foley@doj.ca.gov
*Attorneys for Defendant Castro*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>                          Plaintiff,<br><br>          v.<br><br>CORTEZ, et al.,<br><br>                          Defendant. | Case No. 1:10-cv-00393-LJO-MJS (PC)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Michael Gonzales and Defendant Castro have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (1:10-cv-00393-LJO-MJS (PC))

1 | Each party shall bear their own litigation costs and attorney's fees.
2 | It is so stipulated.

Dated: 8-22-14

Michael Gonzales, Plaintiff

Dated: 8/22/14

Monica N. Anderson
Supervising Deputy Attorney General
California Attorney General's Office
*Attorney for Defendant Castro*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

Dated: 8/22/14

The Honorable Michael J. Seng

SA2010300686
CLS - Stipulation for Voluntary Dismissal.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (1:10-cv-00393-LJO-MJS (PC))