# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MICHAEL GONZALES, | CASE No. 1:10-cv-00393-LJO-MJS |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW MOTION TO REOPEN CASE |
| v. | |
| R. CORTEZ, et al., | (ECF Nos. 65 and 67) |
| Defendants. | |

On August 22, 2014 the parties stipulated to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 66.)  On August 27, 2014 Plaintiff filed a motion to reopen the case because an item received as part of the settlement was defective.  (ECF No. 65.)  Plaintiff subsequently filed a motion to cancel his request to reopen the case because the defective item was replaced.  (ECF No. 67.)

Accordingly, Plaintiff's motion to withdraw his request to reopen the case is GRANTED and this case shall remain closed.

IT IS SO ORDERED.

Dated:  September 25, 2014         /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE

1